UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN P.S., | ) | CASE NO. CV 20-347-AGR |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Order.

DATED: March 29, 2021

_____
ALICIA G. ROSENBERG
United States Magistrate Judge